UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER PIERRE SWOOPE,

     Plaintiff,

                                                Case No. 26-cv-10328

v.                                       Hon. Matthew F. Leitman

EDWARD EWELL, JR., *et al.*,

     Defendants.

_____/

## ORDER (1) STAYING CASE , (2) PROHIBITING ADDITIONAL FILINGS, AND (3) ORDERING PLAINTIFF TO SERVE THIS ORDER ON ALL DEFENDANTS WHO HAVE NOT YET APPEARED

On January 29, 2026, Plaintiff Christopher Pierre Swoope, proceeding pro se, filed this civil rights action against Wayne County Circuit Judge Edward Ewell, Jr., fourteen other named Defendants, and seven other unnamed Defendants. (*See* Compl., ECF No. 1.)  The Court has conducted a preliminary review of Swoope's Complaint and has serious concerns about whether some or all the claims are barred by immunity and/or otherwise fail to state viable claims for relief.

The Court is in the process of conducting a more comprehensive review of the Complaint to determine whether some or all of the claims are subject to summary dismissal.  While the Court is conducting this review of the Complaint, the Court wishes to avoid unnecessary motion practice.  Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1

(1) This action is **STAYED** pending further order of the Court.

(2) No party shall make any additional filings in this action unless and until the Court enters an order authorizing additional filings.

(3) By not later than **March 4, 2026**, Plaintiff shall serve a copy of this Order on all of the Defendants who have not yet appeared in the case.

(4) By not later than **March 6, 2026,** Plaintiff shall file proof of service on the docket confirming he has served a copy of this Order on all of the Defendants who have not yet appeared.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2