UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER PIERRE SWOOPE,

      Plaintiff,

                                            Case No. 26-cv-10328
v.                                   Hon. Matthew F. Leitman

EDWARD EWELL, JR., *et al.*,

      Defendants.

_____/

### ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 13), (2) DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE, AND (3) TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 10) WITHOUT PREJUDICE AS MOOT

On January 29, 2026, *pro se* Plaintiff Christopher Pierre Swoope filed this civil-rights action against Wayne County Circuit Court Judge Edward Ewell, Jr., fourteen other named Defendants, and seven other unnamed Defendants. (*See* Compl., ECF No. 1.)  Swoope's Complaint is difficult to follow, but it appears that he seeks to bring claims against the Defendants arising out of alleged misconduct that took place during a state-court civil action to which Swoope was a party.

On February 25, 2026, two Defendants, Corrine F. Shoop and Gregory, Meyer & Chapnick, P.C., filed a motion to dismiss Swoope's claims against them. (*See* Mot., ECF No. 10.)  Following the filing of that motion, the Court undertook a preliminary review of Swoope's Complaint.  It appeared to the Court that Swoope

had failed to state viable claims against the Defendants.  Accordingly, on June 10, 2026, the Court issued a show cause order directed at Swoope (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 13.)  In the Show Cause Order, the Court explained to Swoope that the claims in his Complaint appeared to be deficient for the following reasons:

> First, Swoope's allegations are pleaded at the highest level of generality, and as such, his generalized list of grievances and conclusory allegations do not allow each individual Defendant to understand the precise nature of the claims Swoope seeks to bring against them.  Second, Swoope appears to bring claims against private parties under 42 U.S.C. § 1983 even though Section 1983 "excludes from its reach merely private conduct, no matter how discriminatory or wrongful." *American Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 50 (1999).  Finally, Swoope brings claims against judicial officers that appear to be barred by absolute judicial immunity. *See, e.g., Brookings v. Clunk*, 389 F.3d 614, 617 (6th Cir. 2004) ("It is well-established that judges enjoy judicial immunity from suits arising out of the performance of their judicial functions. The Supreme Court has specifically held that state judges are absolutely immune from liability under 42 U.S.C. § 1983") (internal citations omitted).

(*Id.*, PageID.121-122.)  The Court therefore ordered Swoope, by no later than July 6, 2026, to either (1) show cause, in writing "why the Court should not [] grant the currently-pending motion to dismiss filed by Defendants Corrine F. Shoop and Gregory, Meyer & Chapnick, P.C and [] dismiss Swoope's other claims" or (2) "file [an] Amended Complaint in an attempt to address the deficiencies in his claims." (*Id.*, PageID.122.)  The Court then warned Swoope that if he did not comply with

2

the terms of the Show Cause Order then "the Court [would] dismiss his Complaint without prejudice." (*Id.*, PageID.123.)

Swoope has not filed any response to the Show Cause Order.  Nor has he contacted the Court to ask for additional time to file a response.  Thus, based on Swoope's failure to comply with the terms of the Show Cause Order, and his failure to prosecute his claims against the Defendants, **IT IS HEREBY ORDERED** as follows:

- The Show Cause Order (ECF No. 13) is **VACATED**;

- Swoope's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

- Defendants' motion to dismiss (ECF No. 10) is **TERMINATED WITHOUT PREJUDICE AS MOOT**.

  **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3