UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER PIERRE SWOOPE,

     Plaintiff,

                                            Case No. 26-cv-10328
v.                                    Hon. Matthew F. Leitman

EDWARD EWELL, JR., *et al.*,

     Defendants.

_____/

## **<u>JUDGMENT</u>**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                          By:   <u>s/Holly A. Ryan</u>
                                        Deputy Clerk

Approved:

<u>s/Matthew F. Leitman</u>
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 14, 2026
Detroit, Michigan